# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD JOHNSON, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 10-1643 |
| THE U.S. ATTORNEY'S, et al., | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this       day of July, 2010, upon consideration of Defendants' Motion to Dismiss (Doc. No. 9), and the Response thereto, it is hereby **ORDERED** that said Motion is **GRANTED**. Plaintiff's Complaint is, therefore, **DISMISSED WITH PREJUDICE** as to the remaining Defendants.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE